THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Willie Dennis, Appellant.
 
 
 

Appeal From Aiken County
 Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No. 2007-UP-268
Submitted June 1, 2007  Filed June 5, 2007
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Teresa A. Knox, Tommy Evans Jr. and J. Benjamin Aplin, of SCDPPPS, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Willie Dennis appeals the revocation of his probation.  Dennis was originally sentenced to six years imprisonment, suspended upon three years probation for possession of contraband.  He was also given a concurrent sentence of six months imprisonment, suspended upon three years probation for DUI, second offense.  After determining Dennis violated the conditions of his probation, the circuit court revoked four years, terminated the balance of the sentence, awarded him credit for time served, and converted the balance of his outstanding fines and fees to a civil judgment.
After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Denniss appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
ANDERSON, HUFF, and BEATTY, JJ., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.